IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRIDA KAHLO CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No.: 1:24-cv-01805<br><br>District Judge Lindsay C. Jenkins<br><br>Magistrate Judge Sunil R. Harjani |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A
<u>TEMPORARY RESTRAINING ORDER AND OTHER RELIEF</u>**

Plaintiff Frida Kahlo Corporation (collectively "FKC" or "Plaintiff") seeks entry of *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing and counterfeit products, a temporary asset restraint, and expedited discovery in an action arising out of the Lanham Act. A Memorandum of Law in Support is filed concurrently with this Motion.

4861-0092-3307.1

DATED: March 5, 2024	Respectfully submitted,

*/s/ Matthew A. Werber*
Matthew A. Werber (Ill. # 6287658)
mwerber@nixonpeabody.com
Peter Krusiewicz (Ill. # 6342444)
pkrusiewicz@nixonpeabody.com
**NIXON PEABODY LLP**
70 W. Madison St., Suite 5200
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

***ATTORNEYS FOR PLAINTIFF***

4861-0092-3307.1

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on March 5, 2024.

*/s/ Matthew A. Werber*
Matthew A. Werber

4861-0092-3307.1